IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-cr-30046-DWD |
| ) | |
| NICHOLAS A. BRIDDELL, ) | |
| ) | |
| Defendant. ) | |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On January 13, 2023, the Court entered a Preliminary Order of Forfeiture (Doc. 46) against Defendant for the following property, which has been seized from Defendant:

**One Smith & Wesson Shield, .40 caliber semi-automatic pistol, bearing serial number: JDN6199, and any and all ammunition contained therewith.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1).

The Government now provides a sworn Declaration of Publication (Doc. 54-1) that notice was published on an official government website, www.forfeiture.gov, for at least 30 consecutive days beginning on January 25, 2023, and ending on February 23, 2023. No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property.

Therefore, the Court **FINDS**, under 21 U.S.C. § 853(n)(7), no third-party petitions were filed and the United States of America has clear title to the above-described

property, which was the subject of the Preliminary Order of Forfeiture, namely:

**One Smith & Wesson Shield, .40 caliber semi-automatic pistol, bearing serial number: JDN6199, and any and all ammunition contained therewith.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**SO ORDERED**.

Dated: April 14, 2023

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge